JS-6

\

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLICKIT TRADING, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ENOR INTERNATIONAL, INC., a California company; PETER CHEN, an individual, and DOES 1 – 10, inclusive;<br><br>Defendants. | Case No.: 25-CV-12140-PA-RAO<br><br>**ORDER OF DISMISSAL**<br><br>Hon. Percy Anderson |
| And Related Cross Action. | |

Pursuant to the parties' joint stipulation, GOOD CAUSE having been shown, it is ordered and adjudged:

All claims and counterclaims asserted herein in this entire action are ***dismissed with prejudice.***

Each party shall bear their own costs and fees.

**SO ORDERED.**

Dated: August 31, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE